# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                  Case No: 8:09-MC-125-T-30TGW

DAVID L. SIMMONS,

    Respondent.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #5). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2. The Petition to Enforce Internal Revenue Service Summons (Dkt. #1) is GRANTED.

3. The Respondent is ordered to comply with the IRS summons served upon him. Respondent shall comply with the IRS summons within twenty (20) days of the date of service of this Order upon him.

4. The Petitioner is directed to serve a copy of this Order upon Respondent.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2009\09-mc-125.adopt 5.wpd