UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,      :
                               :
            Petitioner,        :
                               :
v.                             : CASE No. 8:09-MC-125-T-30TGW
                               :
DAVID L. SIMMONS,              :
                               :
            Respondent.        :
_____:

REPORT AND RECOMMENDATION

This cause came on to be heard upon the United States of America's Motion to Request the Issuance of An Order to Show Cause Why Respondent Should Not Be Held in Contempt, for A Contempt Hearing and for Sanctions (Doc. 8). For the following reasons, I recommend that the respondent be held in contempt of court, unless, within a period set by the court, he provides the Government with a list of his clients or customers of trusts from January 1, 2004, to the present, and documents of the trusts that were sold to the customers.

The respondent appeared at the hearing and stated that he had met with the Internal Revenue Service revenue officer and had produced certain documents. The Government, in response, indicated that it still was

not in possession of a list of customers or clients, as specifically requested in the summons, and documents reflecting the trusts that were sold to the clients, as also requested in the summons. Although the summons requested a list of other documents, the Government indicated at the hearing that production of these materials would suffice.

The respondent seemed to indicate that he might have problems producing this information and documents. Nevertheless, the respondent should be ordered to do so.

At the conclusion of the hearing, I informed the parties that I would recommend that the respondent be held in contempt of court if he did not produce this required information within a period set by the court. The respondent acknowledged this contemplated action.

I, therefore, recommend that the respondent be held in contempt of court if, within a period of time set by the court, he does not produce a list of his clients or customers of trusts from January 1, 2004, to the present, and documents of the trusts that were sold to the customers.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: NOVEMBER 27, 2010

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).