**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Petitioner,

v.                                          Case No:  8:09-MC-125-T-30TGW

DAVID L. SIMMONS,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #12). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #12) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2. The United States of America's Motion to Request the Issuance of an Order to Show Cause why Respondent Should Not Be Held In Contempt, for a Contempt Hearing and for Sanctions (Dkt. #8) is GRANTED.

3. The Respondent is ordered to produce to Petitioner a list of his clients or customers of trusts from January 1, 2004, to the present, and documents of the trust that were sold to the customers within twenty (20) days of the date of service of this Order upon him. Failure to timely do so shall result in Respondent being in contempt of Court.

4. The Petitioner is directed to serve a copy of this Order upon Respondent.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2009\09-mc-125.adopt 12.wpd